# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 63 MAL 2015
:
                Petitioner : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
       v. :
:
:
MATTHEW BRYAN WOLFE, :
:
          Respondent :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 93 MAL 2015
:
          Respondent : Cross Petition for Allowance of Appeal
: from the Order of the Superior Court
:
       v. :
:
:
:
MATTHEW BRYAN WOLFE, :
:
         Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2015, the Commonwealth's Petition for Allowance of Appeal at **63 MAL 2015** is **GRANTED**. The issue, as set forth by the Commonwealth, is as follows:

> Whether the Superior Court of Pennsylvania's *sua sponte* determination that the ten year mandatory minimum sentence for involuntary deviate sexual intercourse (Person less than 16 years) imposed pursuant to 42 Pa.C.S.A. § 9718(a)(1) is facially unconstitutional is erroneous as a matter of law?

Furthermore, the matter is **EXPEDITED** and the Prothonotary is **ORDERED** to place the matter on the November 2015 Argument List, and establish an appropriate briefing schedule.

The defendant's cross-petition for allowance of appeal at **93 MAL 2015** is **HELD** pending the disposition of the Commonwealth's appeal.